*G. McCaleb* for respondent.

No. 557. WALLACE *v.* FRANZ. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Lon O. Hocker, James C. Jones, Frank H. Sullivan,* and *Frank Y. Gladney* for petitioner. *Mr. Allen McReynolds* for respondent.

No. 554. O'DONNELL *v.* COMMISSIONER OF INTERNAL REVENUE. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas R. Dempsey* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 558. AMERICAN CIGAR Co. *v.* COMMISSIONER OF INTERNAL REVENUE. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Thomas G. Haight, Robert H. Montgomery,* and *J. Marvin Haynes* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 559. ST. JOSEPH LOAN & TRUST Co. *v.* STUDEBAKER CORP. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John C. Wait* for petitioner. *Mr. George T. Evans* for respondent.